Super. Ct. Ariz., County of Santa Cruz;
Sup. Ct. Ga.;
Sup. Ct. Ind.;
Sup. Ct. La.;
Ct. Crim. App. Ala.;
Sup. Ct. Mo.;
C. A. 7th Cir.;
Sup. Ct. Nev.;
C. A. 8th Cir.;
Sup. Ct. Mo.;
Sup. Ct. New;
Ct. Crim. App. Ala.;
Sup. Ct. Ala.;
Sup. Ct. Ala.;
Ct. Crim. App. Okla.;
Ct. Crim. App. Tex.;
Ct. Crim. App. Tex.;
Sup. Ct. New;
Sup. Ct. Ga.;
Sup. Ct. Mo.;
C. A. 4th Cir.;
Ct. Crim. App. Tenn.;
Sup. Ct. Tenn.; and
Sup. Ct. Mo. Certio-rari denied. Reported below: No. 88-7180, 258 Ga. 833, 375 S. E. 2d 842; No. 88-7217, 535 N. E. 2d 530; No. 88-7222, 536 So. 2d 402; No. 88-7427, 539 So. 2d 1103; No. 88-7469, 766 S. W. 2d 91; No. 88-7492, 867 F. 2d 351; No. 88-7520, 105 Nev. 1041, 810 P. 2d 335; No. 88-7557, 871 F. 2d 1395; No. 88-7567, 767 S. W. 2d 41; No. 88-7620, 104 Nev. 867; No. 89-5037, 541 So. 2d 83; No. 89-5038, 545 So. 2d 166; No. 89-5040, 542 So. 2d 1300; No. 89-5071, 773 S. W. 2d 271; No. 89-5092, 761 S. W. 2d 328; No. 89-5093, 105 Nev. 1025, 810 P. 2d 319; No. 89-5099, 259 Ga. 89, 376 S. E. 2d *875 845; No. 89-5238, 767 S. W. 2d 5; No. 89-5254, 873 F. 2d 1440; No. 89-5260, 772 S. W. 2d 915; No. 89-5270, 772 S. W. 2d 417; No. 89-5399, 771 S. W. 2d 57.